United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11298-djb
Adrian Peake Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 20, 2026 Form ID: pdf900 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Adrian Peake, 5135 N 9th Street, Philadelphia, PA 19141-4003 |
| 15148071 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 21 2026 02:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2026 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15121848 | | Email/Text: megan.harper@phila.gov | Aug 21 2026 02:16:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15121833 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 02:15:17 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15121834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:13 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15121835 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:19 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15121836 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:19 | Citibank N.A., Attn: Bankruptcy, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15121837 | | Email/Text: mrdiscen@discover.com | Aug 21 2026 02:15:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15121838 | + | Email/Text: dplbk@discover.com | Aug 21 2026 02:16:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15121839 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 21 2026 02:16:00 | Elan/Ent Cu, Cb Disputes, Saint Louis, MO 63166 |
| 15121840 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:06 | Home Depot Credit Card, c/o Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15121841 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 02:15:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15144158 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 02:16:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15121842 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 21 2026 02:15:00 | PECO Energy Company, 2301 Market St, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19103-1380 |
| 15121844 | ^ | MEBN | Aug 21 2026 02:09:46 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15121845 | | Email/Text: CollectionsDept@PFCU.COM | Aug 21 2026 02:15:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 15150539 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 02:15:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15121843 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2026 02:16:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15121846 | | Email/Text: bankruptcy@philapark.org | Aug 21 2026 02:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15121847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2026 02:15:10 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15135512 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 21 2026 02:16:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Adrian Peake help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ADRIAN PEAKE<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-11298-DJB |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 20, 2026**

Honorable Derek J. Baker
Bankruptcy Judge